# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00523-CV

**Texas Workforce Commission; Diane D. Rath, in her capacity as Chairman of the Texas Workforce Commission; Commissioner Terrence P. O'Mahoney; Commissioner Ron Lehman; Executive Director Cassie Carlson Reed, Appellants**

**v.**

**Center for Public Policy Priorities, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. GN303148, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed a motion to dismiss this appeal because the parties have entered into an "Agreed Final Order Granting Dismissal" of their claims in the trial court, thus mooting this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellants' Motion

Filed:   January 29, 2004